Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL SAADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al,<br><br>Defendants. | CASE NO.: 21-cv-4250-GW-PVCx<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff MAZAL SAADA and the Defendants MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC. has been resolved. Plaintiff anticipates filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within 30 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 8, 2021 for filing a Stipulation of Dismissal.

Dated: October 7, 2021          Respectfully Submitted,

                               /s/ Amir J. Goldstein
                              Amir J. Goldstein, Attorney for Plaintiff