JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL SAADA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., et al, <br><br> Defendants. | Case No.: CV 21-4250-GW-PVCx <br><br> **ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties on October 22, 2021, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendants MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC. are dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 25, 2021

_____
HON. GEORGE H. WU,
United States District Judge